# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Newport News Division

**WADE Z. WEBB,**

    **Plaintiff,**

                                                                               Case No. 4:20cv180 (RCY)

    **v.**

**MATHEWS COUNTY**
**SCHOOL BOARD,** *et al.,*

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is hereby DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

April 1, 2021                            FERNANDO GALINDO, Clerk

                                                        By    /s/
                                                              E. Price, Deputy Clerk